**SEND – ENTER – JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. ROBERTS, an individual, and BLOOMFIELD ESTATES, L.L.C., a California limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NEW STREAM REAL ESTATE, L.L.C., a Delaware limited liability company; NEW STREAM CAPITAL, L.L.C.; DONALD PORTER; JOHN COLLINS; ROBERT HEBERT; CAZCOR, a corporation; GUY CASTRACANE and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.:  **CV 07-01543 SJO (FMOx)**<br><br><br><br>**CONSENT JUDGMENT** |

　　　Plaintiffs Kenneth J. Roberts, an individual ("Roberts") and Bloomfield Estates, L.L.C., a California limited liability company ("Bloomfield"), have filed their complaint herein.

　　　Defendants New Stream Real Estate, LLC, a Delaware limited liability company ("NSRE"), New Stream Capital, LLC ("NSC"), Donald Porter ("Porter"), John Collins ("Collins"), and Robert Hebert ("Hebert") vigorously deny the issues of fact and law referenced in the complaint, including liability, other than those with regard to personal jurisdiction set forth in Part I of this Consent Judgment.

　　　All of the Plaintiffs and Defendants wish to avoid the costly and time-consuming process of further litigating the issues.  Accordingly, through their respective attorneys, the parties have consented to the entry of this final judgment on stipulation (hereinafter "Consent Judgment").

Now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

I.      JURISDICTION

The court has personal jurisdiction over each of the Parties.

II.     APPLICABILITY

A.      The provisions of this Consent Judgment shall apply to each Plaintiff and each Defendant, and each of their respective successors, assigns, subsidiaries, directors, officers, managers, members, estates, employees and counsel.

B.      Each Plaintiff and each Defendant has represented that it is capable of complying with the obligations set forth in this Consent Judgment.

C.      Each Plaintiff and each Defendant has agreed to be bound by the provisions of this Consent Judgment, and there is no just reason for delay in its entry.

III.    RELIEF

A.      Except as set forth in subsection B, below, each and all claims of the Plaintiffs, whether known or unknown, that were brought in this action or that could have been brought in this action are hereby dismissed with prejudice, including, without limitation, Plaintiffs' claims for breach of contract, fraudulent misrepresentation, and nondisclosure and fraudulent concealment.

B.      The claim asserted by Bloomfield in the Complaint alleging that the $28 million loan described in the Complaint was usurious and unconscionable by reason of usury (and not for any other reason) is dismissed in accordance with the ruling contained in this Court's *Minutes of in Chambers Order Granting Defendants' Motion In Limine No. 1; Denying Defendants' Motion In Limine No. 2; Denying Defendants' Motion In Limine No. 3; and Granting Defendants' Motion In Limine No. 4*, dated February 12, 2008 and entered on the docket on February 13, 2008 (the "February 12 Order"), wherein this Court ruled that such claim is premature until principal has been repaid. Such dismissal shall be without prejudice to Bloomfield's rights to appeal from such

portion of the February 12 Order, which is the portion ruling on Defendants' Motion in Limine No 4. Unless reversed by an appellate court of competent jurisdiction, the February 12 Order shall remain in force and effect.

### IV. RETENTION OF JURISDICTION

Jurisdiction is retained by this Court for the limited purpose of enabling any of the parties to this Consent Judgment to apply to this Court at any time for such further orders and directions as may be necessary or appropriate for the construction of this Consent Judgment or for the enforcement of compliance herewith.

| PHILIP D. DAPEER A Law Corporation | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
|---|---|
| By: _____<br>   Philip D. Dapeer (State Bar No. 53378)<br>   Counsel for Plaintiffs | By: _____<br>   Robert M. Novick (*pro hac vice*)<br>   Counsel for Defendants |

Dated: February _25_, 2008          SO ORDERED:/S/      S. James Otero
                                                United States District Judge

**CONSENT JUDGMENT**                                                    CV 07-01543 SJO (FMOx)